# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:07-cv-418-RJC-CH

**COLUMBIA PICTURES INDUSTRIES,** )
**INC.**, a Delaware corporation, )
)
          **Plaintiff,** )
)
vs. )
)
**AMINA ROBINSON**, )
)
          **Defendant.** )
)

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This matter is currently before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 10). It appearing that Defendant has been properly served and failed to respond, and that the relief requested by Plaintiff is reasonable and warranted, this motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Defendant shall pay damages to Plaintiff for infringement of Plaintiff's copyrights in the total principal sum of Six Thousand Dollars ($6,000);

2. Defendant shall pay Plaintiff's cost of suit herein in the amount of Two Thousand Eight Hundred Thirty-Two Dollars and Thirty Cents ($2,832.30); and

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing on Plaintiff's rights under federal or state law in Plaintiff's motion picture *Hitch*, and any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of Plaintiff (the "Plaintiff's Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiff's Motion Pictures, to

distribute (i.e., upload) any of Plaintiff's Motion Pictures, or to make any of Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody or control.

Signed: February 5, 2009

Robert J. Conrad, Jr.
Chief United States District Judge